STATE OF CONNECTICUT *v.* JOANNE NORMA SCOTT

STATE OF CONNECTICUT *v.* ALAN BARBARY

STATE OF CONNECTICUT *v.* JAMES LEE HARRISON

The state's petition for certification for appeal from the Appellate Court, 10 Conn. App. 347, is denied.

*John M. Massameno,* assistant state's attorney, in support of the petition.

*William F. Dow III,* in opposition.

Decided June 4, 1987

STATE OF CONNECTICUT *v.* JOANNE NORMA SCOTT

STATE OF CONNECTICUT *v.* ALAN BARBARY

STATE OF CONNECTICUT *v.* JAMES LEE HARRISON

The defendant Joanne Norma Scott's petition for certification for appeal from the Appellate Court, 10 Conn. App. 347, is denied.

*Daniel Shepro,* in support of the petition.

*James G. Clark,* assistant state's attorney, in opposition.

Decided June 4, 1987

STATE OF CONNECTICUT *v.* CHARLES THURMAN

The state's petition for certification for appeal from the Appellate Court, 10 Conn. App. 302, is denied.

*John M. Massameno,* assistant state's attorney, in support of the petition.

*Eugene J. Riccio,* in opposition.

Decided June 4, 1987